**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JOMO HALL | : | |
| Petitioner | : | |
| v | : | Civil Action No. WDQ-07-1911 |
| LISA J.W. HOLLINGSWORTH | : | |
| Respondent | : | |

o0o

**MEMORANDUM**

The above-captioned Petition for Writ of Habeas Corpus was filed on July 18, 2007, pursuant to 28 U.S.C. § 2241. Petitioner challenges a sentence imposed by the District of Columbia Superior Court. He states that a Motion to Vacate filed pursuant to 28 U.S.C. § 2255, raising the same grounds as the instant petition, is still pending in Superior Court. Paper No. 1.

This Court has no jurisdiction to intervene in a matter pending before another court. *See Granberry v. Greer*, 481 U.S. 129, 134-35 (1987) (as a matter of comity, federal courts will not intervene in a matter that the state courts have not had an opportunity to address). Accordingly, the petition will be dismissed without prejudice by separate order which follows.

August 3, 2007               /s/
Date                         William D. Quarles, Jr.
                             United States District Judge